# John D. Maida

**Attorney at Law**
PO Box 649
Montgomeryville, Pennsylvania 18936

Business cell: 610 716 1842　　　　　　　　　　　e mails:
Office (610) 277 6300　　　　　　　　　　　jmaida@johndmaida.com

March 2, 2023

The Honorable John F. Murphy
US Dist. Ct. for the Eastern District of Penn.
James A. Byrne United States Courthouse
3809 U.S Courthouse
Philadelphia, Pennsylvania 19106
(ECF only)

　　　　　　　　Re:  Advanced Fluid Systems, Inc. v. Sentry Insurance Company
　　　　　　　　　　Case number:  2:22-cv-03873 JRP

Dear Judge Murphy:

　　　I am pleased to report to your Honor that Sentry Insurance Company has addressed benefits under the Policy to the satisfaction of my client and has issued checks for delivery to it tomorrow.  Upon receipt I will file (as soon as tomorrow) a Notice of Voluntary Withdrawal.
　　　Thank you.

　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　*s/: John D. Maida*
　　　　　　　　　　　　　　　John D. Maida

Copy electronically: all counsel of record via ECF
Ec:  John C. McMeekin, II, Esq.
EC:  James V. Vaughn