## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

ADVANCED FLUID SYSTEMS, INC. :
 : Civil Action No.  2:22-cv-3873
  Plaintiff, :
 :
  v. :
 :
SENTRY INSURANCE COMPANY, :
 :
  Defendant. :
 :

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Advanced Fluid Systems, Inc., and Defendant Sentry Insurance Company that the above-captioned lawsuit is voluntarily dismissed, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Each party to this Stipulation will bear its own costs.

       **RAWLE & HENDERSON, LLP**

By: s/: *John D. Maida*   By: _____

 John D. Maida, Esquire   John C. McMeekin II, Esquire
 PA. I.D. No. 17182    PA I.D. No. 81250
 P.O. Box 649     The Widener Building
 Montgomeryville, PA  18936  One South Penn Square
 (610) 277-6300    Philadelphia, PA  19107
 Counsel for Plaintiff   (215) 575-4200
 Advanced Fluid Systems, Inc.  Attorneys for Defendant
       Sentry Insurance Company

Dated: February 24, 2023   Dated: February 23, 2023

    BY THE COURT: _____

16775280-1